FILED: September 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4297

(1:10-cr-00485-LMB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JEFFREY ALEXANDER STERLING

      Defendant - Appellant

_____

O R D E R

_____

The court suspends the briefing schedule pending further order of the court. Appellant's counsel is directed to file a status report on October 2, 2015, and every 30 days thereafter, and shall immediately notify the court when counsel has received the necessary security clearance(s).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk